**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **WILBER JOSE SILES CENTENO,** | : | **Case No. 1:26-cv-247** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **Judge Matthew W. McFarland** |
| | : | |
| **U.S. IMMIGRATION AND** | : | **Chief Magistrate Judge Stephanie K. Bowman** |
| **CUSTOMS ENFORCEMENT** | : | |
| **("ICE"),** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 5). They have now done so. (Doc. 11). Based on that joint proposal, the Court **SETS** the following case schedule:

- Respondents' Return of Writ Due:             March 20, 2026

- Siles Centeno's Reply Due:             March 23, 2026.

Additionally, any response to the Doc. 7 Motion to Dismiss is due on March 20, 2026. Any reply is due on March 23, 2026.

**IT IS SO ORDERED.**

Date:_____03/18/2026_____                 *s/Stephanie K. Bowman*_____
                                                STEPHANIE K. BOWMAN
                                                Chief United States Magistrate Judge